Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−32739−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John Cosares
   64 Weiss Road
   Saddle River, NJ 07458

Social Security No.:
   xxx−xx−5679

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/6/20 at 10:00 AM

to consider and act upon the following:

*42* − Certification in Opposition to Debtor's Notice of Request For Loss Mitigation (related document:35 Notice of Request for Loss Mitigation re:Select Portfolio Servicing, filed by Camille J Kassar on behalf of John Cosares. Objection deadline is 03/17/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor John Cosares) filed by Andrew M. Lubin on behalf of U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass−Through Certificates, Series 2006−AR9. (Attachments: # 1 Exhibit A − C # 2 Certificate of Service) (Lubin, Andrew)

Dated: 3/18/20

                                      Jeanne Naughton
                                      Clerk, U.S. Bankruptcy Court