Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−32739−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John Cosares
   64 Weiss Road
   Saddle River, NJ 07458

Social Security No.:
   xxx−xx−5679

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/6/20 at 10:00 AM

to consider and act upon the following:

*42* − Certification in Opposition to Debtor's Notice of Request For Loss Mitigation (related document:35 Notice of Request for Loss Mitigation re:Select Portfolio Servicing, filed by Camille J Kassar on behalf of John Cosares. Objection deadline is 03/17/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor John Cosares) filed by Andrew M. Lubin on behalf of U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass−Through Certificates, Series 2006−AR9. (Attachments: # 1 Exhibit A − C # 2 Certificate of Service) (Lubin, Andrew)

Dated: 3/18/20

                                           Jeanne Naughton
                                           Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
John Cosares  
    Debtor

Case No. 19-32739-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2　　User: admin　　Page 1 of 1　　Date Rcvd: Mar 18, 2020  
　　　　　　　　　　　Form ID: ntchrgbk　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2020.
db　　　　　+John Cosares,　 64 Weiss Road,　 Saddle River, NJ 07458-1331

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr　　　　　+E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2020 01:36:28
　　　　　　Synchrony Bank c/o PRA Receivables Management, LLC,　 PO BOX 41021,　 Norfolk, VA 23541-1021
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2020 at the address(es) listed below:
　　　　Andrew M. Lubin　　on behalf of Creditor　 U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR9 bkecf@milsteadlaw.com, alubin@milsteadlaw.com
　　　　Camille J Kassar　　on behalf of Debtor John　 Cosares ckassar@locklawyers.com, kassarcr75337@notify.bestcase.com
　　　　Denise E. Carlon　　on behalf of Creditor　 PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
　　　　Marie-Ann Greenberg　　magecf@magtrustee.com
　　　　Melissa N. Licker　　on behalf of Creditor　 Wells Fargo Bank, NA as Trustee for WaMu Mortgage Pass-Through Certificates Series 2004-PR1 Trust as serviced by JPMorgan Chase Bank, National Association NJ_ECF_Notices@mccalla.com
　　　　Phillip Andrew Raymond　　on behalf of Creditor　 Wells Fargo Bank, NA as Trustee for WaMu Mortgage Pass-Through Certificates Series 2004-PR1 Trust phillip.raymond@mccalla.com
　　　　U.S. Trustee　　 USTPRegion03.NE.ECF@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 7