Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

      Case No.:  19−32739−RG
      Chapter:  13
      Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John Cosares
   64 Weiss Road
   Saddle River, NJ 07458

Social Security No.:
   xxx−xx−5679

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 1/6/20 and a confirmation hearing on such Plan has been scheduled for 4/15/20.

The debtor filed a Modified Plan on 4/9/20 and a confirmation hearing on the Modified Plan is scheduled for 5/20/20 @ 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: April 13, 2020
JAN: lc

      Jeanne Naughton
      Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                               Case No. 19-32739-RG
John Cosares                                                         Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Apr 13, 2020
                              Form ID: 186             Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2020.
db             +John Cosares,    64 Weiss Road,    Saddle River, NJ 07458-1331
518605009      +Chase Mortgage,    Mail Code: OH4-7302,    P.O Box 24696,    Columbus, OH 43224-0696
518708767      +JPMorgan Chase Bank, National Association,et.al.,    Chase Records Center,    Mail Code LA4-5555,
                 700 Kansas Lane,    Monroe LA 71203-4774
518712507      +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
518605010      +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
518659221      +Pinnacle Service Solutions LLC,    4408 Milestrip Rd #247,    Blasdell NY 14219-2553

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 14 2020 01:22:57      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 14 2020 01:22:54      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2020 01:27:23
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518710613       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 14 2020 01:25:52      CACH, LLC,
                 Resurgent Capital Services,    PO BOX 10587,    Greenville, SC 29603-0587
518605011       E-mail/Text: jennifer.chacon@spservicing.com Apr 14 2020 01:23:56
                 Select Portfolio Servicing,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
518607376      +E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2020 01:25:09      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518662516       E-mail/Text: jennifer.chacon@spservicing.com Apr 14 2020 01:23:56
                 U.S. Bank NA, successor trustee,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2020 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
               successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu
               Mortgage Pass-Through Certificates, Series 2006-AR9 bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Camille J Kassar    on behalf of Debtor John  Cosares ckassar@locklawyers.com,
               kassarcr75337@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    Wells Fargo Bank, NA as Trustee for WaMu Mortgage
               Pass-Through Certificates Series 2004-PR1 Trust as serviced by JPMorgan Chase Bank, National
               Association NJ_ECF_Notices@mccalla.com
              Phillip Andrew Raymond    on behalf of Creditor    Wells Fargo Bank, NA as Trustee for WaMu
               Mortgage Pass-Through Certificates Series 2004-PR1 Trust phillip.raymond@mccalla.com,
               mccallaecf@ecf.courtdrive.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```