UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Camille J Kassar
Law Offices of Camille Kassar, LLC 271 Route 46 West
Suite C-102
Fairfield, NJ 07004
973-227-3296
Fax: 973-860-2448
Email: ckassar@locklawyers.com

Order Filed on May 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

John Cosares

Case No.: 19-32739

Chapter: 13

Judge: RG

## LOSS MITIGATION ORDER

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: May 15, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

1. A Notice of Request for Loss Mitigation was filed by the Debtor;

2. It is hereby ORDERED that the Notice of Request for Loss Mitigation is **GRANTED** and:

   1. The debtor and creditor listed above are directed to participate in Loss Mitigation and are bound by the court's *Loss Mitigation Program and Procedures* (LMP).

   2. The Loss Mitigation process shall terminate on **Friday, August 7, 2020** (90 days from the date of entry of this order, unless an *Application for Extension or Early Termination of the Loss Mitigation Period* is filed under Section IX.B of the LMP.)

   3. The debtor must make monthly adequate protection payments to the creditor during the Loss Mitigation Period in the amount of **$3306.44** on the due date set forth in the note, including any grace period. See Section VII.B. of the LMP.

      - If a relief from stay motion pursuant to section 362(d) is pending upon entry of this Order or if such a motion is filed during the loss mitigation period, the court may condition the stay upon compliance by the debtor with the fulfillment of the debtor's obligations under the Loss Mitigation Order. If the debtor fails to comply with the loss mitigation process and this Order, the creditor may apply to terminate the Order as specified in Section IX.B. of the LMP and to obtain relief from the stay.

      - Extension or early termination of the LMP may be requested as specified in Section IX.B of the LMP.

      - If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

   4. It is ORDERED that parties shall utilize the Loss Mitigation Portal during the Loss Mitigation Period, and it is further ORDERED that:

      - Within 14 days of the date of this order, the creditor shall ensure that it is registered on the loss mitigation portal and that all of its initial loss mitigation document requirements are available on the portal.

- Within 35 days of the date of this order, the debtor shall upload and submit through the loss mitigation portal a completed Creditor's Initial Package.

- Within 14 days of the debtor's submission of the Creditor's Initial Package, the creditor shall acknowledge receipt of same and designate the single point of contact for debtor's review.

United States Bankruptcy Court
District of New Jersey

In re:  
John Cosares  
    Debtor

Case No. 19-32739-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 15, 2020  
                          Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2020.  
db            +John Cosares,   64 Weiss Road,   Saddle River, NJ 07458-1331

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2020 at the address(es) listed below:

        Andrew M. Lubin    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR9 bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
        Camille J Kassar    on behalf of Debtor John  Cosares ckassar@locklawyers.com, kassarcr75337@notify.bestcase.com  
        Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann  Greenberg    magecf@magtrustee.com  
        Melissa N. Licker    on behalf of Creditor    Wells Fargo Bank, NA as Trustee for WaMu Mortgage Pass-Through Certificates Series 2004-PR1 Trust as serviced by JPMorgan Chase Bank, National Association NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com  
        Phillip Andrew Raymond    on behalf of Creditor    Wells Fargo Bank, NA as Trustee for WaMu Mortgage Pass-Through Certificates Series 2004-PR1 Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                 TOTAL: 7