| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Rebecca A. Solarz, Esquire<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>PNC Bank, National Association |
| In Re:<br><br>Cosares, John |

Order Filed on July 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:   19-32739 RG

Chapter:   13

Judge:   Rosemary Gambardella

Hg. Date:  7-15-20

## ORDER DIRECTING
## REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is ORDERED.

**DATED: July 22, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

2

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by <u>PNC Bank, National Association </u>Proof of, and regarding <u>Claim, Claim#5, part 5 (Exhibit Loan Documents) filed on 02/13/2020                                         </u>, it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

*rev. 8/1/15*