UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Rebecca A. Solarz, Esquire
KML LAW GROUP, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
PNC Bank, National Association

In Re:

Cosares, John

**Order Filed on July 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No:     19-32739 RG

Chapter:     13

Judge:     Rosemary Gambardella

Hg. Date:  7-15-20

**ORDER DIRECTING
REDACTION OF PERSONAL INFORMATION**

The relief set forth on the following page is ORDERED.

**DATED: July 22, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by  PNC Bank, National Association  Proof of                                      , and regarding   Claim, Claim#5, part 5 (Exhibit Loan Documents) filed on 02/13/2020                                                          , it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

*rev. 8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-32739-RG
John Cosares                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jul 23, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2020.
db              +John Cosares,   64 Weiss Road,   Saddle River, NJ 07458-1331

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2020 at the address(es) listed below:
          Andrew M. Lubin    on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America, NA,
           successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu
           Mortgage Pass-Through Certificates, Series 2006-AR9 bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Camille J Kassar    on behalf of Debtor John  Cosares ckassar@locklawyers.com,
           kassarcr75337@notify.bestcase.com,bbkconsultantllc@gmail.com
          Denise E. Carlon    on behalf of Creditor   PNC Bank, National Association dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Melissa N. Licker    on behalf of Creditor   Wells Fargo Bank, NA as Trustee for WaMu Mortgage
           Pass-Through Certificates Series 2004-PR1 Trust as serviced by JPMorgan Chase Bank, National
           Association NJ_ECF_Notices@mccalla.com,  mccallaecf@ecf.courtdrive.com
          Phillip Andrew Raymond    on behalf of Creditor   Wells Fargo Bank, NA as Trustee for WaMu
           Mortgage Pass-Through Certificates Series 2004-PR1 Trust phillip.raymond@mccalla.com,
           mccallaecf@ecf.courtdrive.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 7