| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin<br>Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 226144-9<br>Attorneys for Secured Creditor: Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR9 | Order Filed on October 26, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>John Cosares | Case No.: 19-32739-RG<br>Chapter 13<br><br><br>Judge: Rosemary Gambardella |

# ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 26, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Rev. 12/17/19

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on <u>May 15, 2020</u>:

Property:  <u>64 Weiss Road, Upper Saddle River, NJ 07458</u>

Creditor:  <u>Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR9</u>

and a Request for

- ☐ Extension of the Loss Mitigation Period having been filed by _____, and for good cause shown

- ☒ Early Termination of the Loss Mitigation Period having been filed by <u>Secured Creditor</u>, and for good cause shown

It is hereby ORDERED that,

- ☐ The Loss Mitigation Period is extended up to and including _____.

- ☒ The Loss Mitigation Period is terminated, effective _____.

Ad it is further ORDERED that,

If this case is dismissed duringthe loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

Rev. 12/17/19