Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  19−32739−RG
        Chapter:  13
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  John Cosares
  64 Weiss Road
  Saddle River, NJ 07458

Social Security No.:
  xxx−xx−5679

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 8, 2021.

Dated: January 12, 2021
JAN: rah

        Jeanne Naughton
        Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-32739-RG |
| John Cosares | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 12, 2021 | Form ID: plncf13 | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Cosares, 64 Weiss Road, Saddle River, NJ 07458-1331 |
| 518659221 | + | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell NY 14219-2553 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 12 2021 21:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 12 2021 21:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 12 2021 22:31:04 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518710613 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2021 22:31:20 | CACH, LLC, Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 518605009 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 12 2021 22:32:45 | Chase Mortgage, Mail Code: OH4-7302, P.O Box 24696, Columbus, OH 43224 |
| 518708767 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 12 2021 22:31:58 | JPMorgan Chase Bank, National Association,et.al., Chase Records Center, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 518712507 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 12 2021 21:30:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 518605010 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 12 2021 21:30:00 | PNC Mortgage, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518605011 | | Email/Text: jennifer.chacon@spservicing.com | Jan 12 2021 21:34:00 | Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518607376 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 12 2021 22:31:52 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518662516 | | Email/Text: jennifer.chacon@spservicing.com | Jan 12 2021 21:34:00 | U.S. Bank NA, successor trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 12, 2021 | Form ID: plncf13 | Total Noticed: 13 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2021                    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Select Portfolio Servicing Inc. as servicing agent for U.S. Bank NA, successor trustee bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor U.S. Bank NA successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR9 bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Camille J Kassar | on behalf of Debtor John Cosares ckassar@locklawyers.com kassarcr75337@notify.bestcase.com,bbkconsultantllc@gmail.com,tdell@locklawyers.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor Wells Fargo Bank NA as Trustee for WaMu Mortgage Pass-Through Certificates Series 2004-PR1 Trust as serviced by JPMorgan Chase Bank, National Association NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor Wells Fargo Bank NA as Trustee for WaMu Mortgage Pass-Through Certificates Series 2004-PR1 Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8