CAMILLE J KASSAR
LAW OFFICES OF CAMILLE KASSAR, LLC
271 ROUTE 46 WEST
SUITE C-102
FAIRFIELD, NJ  07004


Re: JOHN COSARES
    64 WEISS ROAD
    SADDLE RIVER,  NJ  07458

Atty:  CAMILLE J KASSAR
       LAW OFFICES OF CAMILLE KASSAR, LLC
       271 ROUTE 46 WEST
       SUITE C-102
       FAIRFIELD, NJ  07004

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
#### Chapter 13 Case # 19-32739

## RECEIPTS AS OF 01/15/2021   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/14/2020 | $202.33 | 103526 | 02/11/2020 | $238.00 | 3604165 |
| 03/17/2020 | $238.00 | 107810 | 04/10/2020 | $238.00 | 3604286 |
| 05/06/2020 | $1,211.07 | 3604254 | 06/03/2020 | $1,211.07 | 3604315 |
| 07/08/2020 | $1,211.07 | 3604368 | 08/11/2020 | $1,211.07 | 3483330 |
| 09/10/2020 | $1,211.07 | 3483371 | 10/07/2020 | $1,211.07 | 3730717 |
| 11/05/2020 | $4,317.00 | 3730763 | 12/03/2020 | $4,317.00 | 3730807 |
| 01/05/2021 | $4,317.00 | 3669349 | | | |

**Total Receipts: $21,133.75 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $21,133.75**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CACH LLC | | | | | | |
| | 06/15/2020 | $132.97 | 850,107 | 07/20/2020 | $76.50 | 851,864 |
| | 08/17/2020 | $76.50 | 853,752 | 09/21/2020 | $76.50 | 855,522 |
| | 10/19/2020 | $9.06 | 857,435 | 11/16/2020 | $76.50 | 859,230 |
| | 12/21/2020 | $545.37 | 861,003 | | | |
| PNC BANK NATIONAL ASSOCIATION | | | | | | |
| | 06/15/2020 | $333.64 | 850,960 | 07/20/2020 | $191.94 | 852,792 |
| | 08/17/2020 | $191.94 | 854,641 | 09/21/2020 | $191.94 | 856,490 |
| | 10/19/2020 | $22.74 | 858,341 | 11/16/2020 | $191.95 | 860,123 |
| | 12/21/2020 | $1,368.41 | 861,970 | | | |
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 06/15/2020 | $1,480.60 | 849,953 | 07/20/2020 | $851.80 | 851,699 |
| | 08/17/2020 | $851.80 | 853,587 | 09/21/2020 | $851.80 | 855,354 |
| | 10/19/2020 | $100.93 | 857,272 | 11/16/2020 | $851.81 | 859,075 |
| | 12/21/2020 | $6,072.68 | 860,836 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,605.64 | TBD |

**Chapter 13 Case # 19-32739**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| ATTY | ATTORNEY (S) FEES | ADMIN | 987.50 | 100.00% | 987.50 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | JPMORGAN CHASE BANK NA | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | PNC BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 31,533.60 | 100.00% | 2,492.56 | 29,041.04 |
| 0003 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 139,938.73 | 100.00% | 11,061.42 | 128,877.31 |
| 0004 | PINNALCE SERVICE SOLUTIONS LLC | UNSECURED | 4,831.97 | 100.00% | 0.00 | 4,831.97 |
| 0005 | CACH LLC | SECURED | 12,567.39 | 100.00% | 993.40 | 11,573.99 |

**Total Paid:  $17,140.52**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $21,133.75        -    Paid to Claims: $14,547.38    -    Admin Costs Paid: $2,593.14   =   Funds on Hand: $3,993.23

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.