| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin<br>Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 226144-13<br>Attorneys for Secured Creditor: U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR9 | |
| In Re:<br><br>John Cosares | Case No.: 19-32739-RG<br>Chapter 13<br><br>Hearing Date: January 6, 2021<br>Time: 8:30 a.m.<br><br>Judge: Rosemary Gambardella |

### CERTIFICATE OF CONSENT REGARDING CONSENT ORDER RESOLVING OBJECTION OF SECURED CREDITOR TO CONFIRMATION OF CHAPTER 13 PLAN

I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

(a) The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/_____ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of seven years from the date of closing of the case or adversary proceeding.

(d) I will make the original consent order available for inspection upon request of the Court or any party in interest; and

(e) I will simultaneously file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr.P. 9011.

DATED: January 20, 2021                    /s/  Andrew M. Lubin
                                                              Andrew M. Lubin, Esquire
                                                              Milstead & Associates, LLC