| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin<br>Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 226144-13<br>Attorneys for Secured Creditor: U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR9 | Order Filed on April 16, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>John Cosares | Case No.: 19-32739-RG<br>Chapter 13<br><br>Hearing Date: January 6, 2021<br>Time: 8:30 AM<br><br>Judge: Rosemary Gambardella |

## CONSENT ORDER RESOLVING OBJECTION OF SECURED CREDITOR TO CONFIRMATION OF MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: April 16, 2021**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

THIS MATTER having been opened before the Court by Camille J Kassar, Esquire, counsel for the Debtor, John Cosares, upon the filing of a modified Chapter 13 plan and Secured Creditor, U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR9 (hereinafter "Secured Creditor"), by its attorneys, Milstead & Associates, having filed an objection to the confirmation of the modified plan, and the parties having resolved their differences and having consented to the entry of this Order, and for good cause shown, it is

**ORDERED AS FOLLOWS:**

1. The Debtor`s Modified Chapter 13 plan is hereby amended to allow post-petition mortgage arrears from August 1, 2020 to November 1, 2020 in the amount of **$14,126.30** to be paid to Secured Creditor. (Four mortgage payments at $4,444.85 for a total of $17,779.40 minus a suspense balance of $3,653.10 for a total of $14,126.30.)

2. The regular post-petition mortgage payment in the amount of $4,444.85 is to resume December 1, 2020.

3. This Order shall be incorporated in and become a part of any Order Confirming Plan in the instant bankruptcy case.

CONSENT TO THE FORM AND ENTRY OF THE ABOVE ORDER IS HEREBY GIVEN:

/s/ Andrew M. Lubin 1/15/2021                /s/ Camille J. Kassar

Andrew M. Lubin, Esquire                     Camille J. Kassar, Esquire
Milstead & Associates, LLC                   Law Offices of Camille Kassar, LLC
Attorneys for Mortgagee                      Attorney for Debtor