| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin<br>Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 226144-13<br>Attorneys for Secured Creditor: U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR9 | Order Filed on April 16, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>John Cosares | Case No.: 19-32739-RG<br>Chapter 13<br><br>Hearing Date: January 6, 2021<br>Time: 8:30 AM<br><br>Judge: Rosemary Gambardella |

## CONSENT ORDER RESOLVING OBJECTION OF SECURED CREDITOR TO CONFIRMATION OF MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: April 16, 2021**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

THIS MATTER having been opened before the Court by Camille J Kassar, Esquire, counsel for the Debtor, John Cosares, upon the filing of a modified Chapter 13 plan and Secured Creditor, U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR9 (hereinafter "Secured Creditor"), by its attorneys, Milstead & Associates, having filed an objection to the confirmation of the modified plan, and the parties having resolved their differences and having consented to the entry of this Order, and for good cause shown, it is

**ORDERED AS FOLLOWS:**

1. The Debtor`s Modified Chapter 13 plan is hereby amended to allow post-petition mortgage arrears from August 1, 2020 to November 1, 2020 in the amount of **$14,126.30** to be paid to Secured Creditor. (Four mortgage payments at $4,444.85 for a total of $17,779.40 minus a suspense balance of $3,653.10 for a total of $14,126.30.)

2. The regular post-petition mortgage payment in the amount of $4,444.85 is to resume December 1, 2020.

3. This Order shall be incorporated in and become a part of any Order Confirming Plan in the instant bankruptcy case.

CONSENT TO THE FORM AND ENTRY OF THE ABOVE ORDER IS HEREBY GIVEN:

/s/ Andrew M. Lubin 1/15/2021               /s/ Camille J. Kassar

Andrew M. Lubin, Esquire                    Camille J. Kassar, Esquire
Milstead & Associates, LLC                  Law Offices of Camille Kassar, LLC
Attorneys for Mortgagee                     Attorney for Debtor

United States Bankruptcy Court

District of New Jersey

In re:  
John Cosares  
    Debtor

Case No. 19-32739-RG  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 20, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + John Cosares, 64 Weiss Road, Saddle River, NJ 07458-1331 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Select Portfolio Servicing Inc. as servicing agent for U.S. Bank NA, successor trustee bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor U.S. Bank NA successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR9 bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Camille J Kassar | on behalf of Debtor John Cosares ckassar@locklawyers.com kassarcr75337@notify.bestcase.com,bbkconsultantllc@gmail.com,tdell@locklawyers.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 20, 2021 | Form ID: pdf903 | Total Noticed: 1

Melissa N. Licker
    on behalf of Creditor Wells Fargo Bank  NA as Trustee for WaMu Mortgage Pass-Through Certificates Series 2004-PR1 Trust as serviced by JPMorgan Chase Bank, National Association NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond
    on behalf of Creditor Wells Fargo Bank  NA as Trustee for WaMu Mortgage Pass-Through Certificates Series 2004-PR1 Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8