# UNITED STATES BANKRUPTCY COURT
## District of New Jersey (Newark)

| | |
|---|---|
| IN RE: | Case No: 19-32739 |
| | Loan Number (Last 4): 7156 |
| Debtors: John Cosares | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Wells Fargo Bank, N.A., as Trustee for the WaMu Mortgage Pass-Through Certificates, Series 2004-PR1 Serviced by Select Portfolio Servicing, Inc. | JPMorgan Chase Bank, National Association, et.al. Chase Records Center |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

PO Box 65250
Salt Lake City, UT 84165

| | |
|---|---|
| Court Claim # (if known): | 3 |
| Amount of Claim: | $305,855.17 |
| Date Claim Filed: | 02/11/2020 |
| Last Four Digits of Acct #: | 4314 |

Phone: 1-800-258-8602
Last Four Digits of Acct #: 7156

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
PO Box 65450
Salt Lake City, UT 84165-0450

Phone: 1-800-258-8602
Last Four Digits of Acct #: 7156

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ John Shelley                                                Date:  06/17/2021
     InfoEx, LLC, as authorized filing agent
     (Approved by: Dilan Foutz)

Specific Contact Information:

Dilan Foutz - BK Specialist

Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

493844-6cc63bd3-5907-4636-9e29-b12673d1e337-