CAMILLE J KASSAR
LAW OFFICES OF CAMILLE KASSAR, LLC
35 NORTHWEST STREET
LINCOLN PARK, NJ  07035

Re:   JOHN COSARES
     64 WEISS ROAD
     SADDLE RIVER,  NJ  07458

Atty:   CAMILLE J KASSAR
     LAW OFFICES OF CAMILLE KASSAR, LLC
     35 NORTHWEST STREET
     LINCOLN PARK, NJ  07035

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
### Chapter 13 Case # 19-32739

## RECEIPTS AS OF 01/01/2024      (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 01/14/2020 | $202.33 | 103526 | 02/11/2020 | $238.00 | 3604165 |
| 03/17/2020 | $238.00 | 107810 | 04/10/2020 | $238.00 | 3604286 |
| 05/06/2020 | $1,211.07 | 3604254 | 06/03/2020 | $1,211.07 | 3604315 |
| 07/08/2020 | $1,211.07 | 3604368 | 08/11/2020 | $1,211.07 | 3483330 |
| 09/10/2020 | $1,211.07 | 3483371 | 10/07/2020 | $1,211.07 | 3730717 |
| 11/05/2020 | $4,317.00 | 3730763 | 12/03/2020 | $4,317.00 | 3730807 |
| 01/05/2021 | $4,317.00 | 3669349 | 02/08/2021 | $4,317.00 | 3669400 |
| 04/01/2021 | $4,360.00 | 7567306000 | 04/19/2021 | $4,360.00 | 7609569000 |
| 05/14/2021 | $4,360.00 | 7670844000 | 06/16/2021 | $4,360.00 | 7746791000 |
| 07/12/2021 | $4,360.00 | 7806534000 | 08/09/2021 | $4,360.00 | 7869591000 |
| 09/07/2021 | $4,360.00 | 7932615000 | 10/12/2021 | $4,360.00 | 8008564000 |
| 11/08/2021 | $4,360.00 | 8071137000 | 12/16/2021 | $4,360.00 | 8150324000 |
| 01/18/2022 | $4,360.00 | 8214699000 | 03/16/2022 | $4,360.00 | 8342880000 |
| 05/09/2022 | $8,720.00 | 8456781000 | 05/09/2022 | $4,360.00 | 8456783000 |
| 05/09/2022 | $42.96 | 8457144000 | 06/02/2022 | $4,360.00 | 8504457000 |
| 07/01/2022 | $4,360.00 | 8561526000 | 08/01/2022 | $4,360.00 | 8621465000 |
| 09/02/2022 | $4,360.00 | 8687018000 | 10/03/2022 | $4,360.00 | 8742680000 |
| 11/02/2022 | $4,432.00 | 8803379000 | 12/02/2022 | $4,423.00 | 8857179000 |
| 01/03/2023 | $4,423.00 | 8910611000 | 02/02/2023 | $4,423.00 | 8974807000 |
| 03/02/2023 | $4,423.00 | 9029885000 | 04/03/2023 | $4,423.00 | 9087778000 |
| 05/01/2023 | $4,423.00 | 9139540000 | 06/02/2023 | $4,423.00 | 9198574000 |
| 07/03/2023 | $4,423.00 | 9253003000 | 08/02/2023 | $4,423.00 | 9306597000 |
| 09/01/2023 | $4,423.00 | 9356097000 | 10/02/2023 | $4,423.00 | 9406844000 |
| 11/01/2023 | $4,423.00 | 9459792000 | 12/01/2023 | $4,423.00 | 9508137000 |

**Total Receipts: $174,624.71  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $174,624.71**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024      (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---------------|------|--------|---------|---|------|--------|---------|
| | | | | | | | |

**Chapter 13 Case # 19-32739**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CACH LLC | | | | | | | |
| | 06/15/2020 | $132.97 | 850,107 | | 07/20/2020 | $76.50 | 851,864 |
| | 08/17/2020 | $76.50 | 853,752 | | 09/21/2020 | $76.50 | 855,522 |
| | 10/19/2020 | $9.06 | 857,435 | | 11/16/2020 | $76.50 | 859,230 |
| | 12/21/2020 | $545.37 | 861,003 | | 02/22/2021 | $272.68 | 864,430 |
| | 03/15/2021 | $272.68 | 866,384 | | 05/17/2021 | $253.25 | 869,908 |
| | 06/21/2021 | $510.60 | 871,667 | | 07/19/2021 | $257.35 | 873,523 |
| | 08/16/2021 | $257.36 | 875,211 | | 09/20/2021 | $257.35 | 876,931 |
| | 10/18/2021 | $257.36 | 878,723 | | 11/17/2021 | $260.09 | 880,431 |
| | 12/13/2021 | $260.09 | 882,076 | | 02/14/2022 | $260.09 | 885,397 |
| | 03/14/2022 | $260.09 | 887,123 | | 04/18/2022 | $264.20 | 888,778 |
| | 06/20/2022 | $795.20 | 892,191 | | 07/18/2022 | $264.20 | 893,949 |
| | 08/15/2022 | $264.20 | 895,514 | | 09/19/2022 | $264.20 | 897,087 |
| | 10/17/2022 | $169.22 | 898,778 | | 11/14/2022 | $258.72 | 900,349 |
| | 12/12/2022 | $263.00 | 901,933 | | 01/09/2023 | $262.46 | 903,425 |
| | 02/13/2023 | $262.46 | 904,927 | | 03/13/2023 | $262.46 | 906,559 |
| | 04/17/2023 | $262.46 | 908,114 | | 05/03/2023 | ($262.46) | 906,559 |
| | 05/15/2023 | $293.80 | 909,776 | | 06/12/2023 | $273.52 | 911,233 |
| | 07/17/2023 | $273.52 | 912,759 | | 08/14/2023 | $273.51 | 914,286 |
| | 09/18/2023 | $273.52 | 915,774 | | 10/16/2023 | $273.51 | 917,287 |
| | 11/13/2023 | $269.13 | 918,715 | | 12/11/2023 | $269.13 | 920,145 |
| PNC BANK NATIONAL ASSOCIATION | | | | | | | |
| | 06/15/2020 | $333.64 | 850,960 | | 07/20/2020 | $191.94 | 852,792 |
| | 08/17/2020 | $191.94 | 854,641 | | 09/21/2020 | $191.94 | 856,490 |
| | 10/19/2020 | $22.74 | 858,341 | | 11/16/2020 | $191.95 | 860,123 |
| | 12/21/2020 | $1,368.41 | 861,970 | | 02/22/2021 | $684.21 | 865,485 |
| | 03/15/2021 | $684.21 | 867,226 | | 05/17/2021 | $635.44 | 870,872 |
| | 06/21/2021 | $1,281.18 | 872,687 | | 07/19/2021 | $645.74 | 874,443 |
| | 08/16/2021 | $645.75 | 876,151 | | 09/20/2021 | $645.74 | 877,913 |
| | 10/18/2021 | $645.75 | 879,652 | | 11/17/2021 | $652.61 | 881,354 |
| | 12/13/2021 | $652.61 | 882,984 | | 02/14/2022 | $652.61 | 886,351 |
| | 03/14/2022 | $652.61 | 888,047 | | 04/18/2022 | $662.92 | 889,784 |
| | 06/20/2022 | $1,995.29 | 893,173 | | 07/18/2022 | $662.92 | 894,835 |
| | 08/15/2022 | $662.92 | 896,424 | | 09/19/2022 | $662.92 | 898,050 |
| | 10/17/2022 | $424.61 | 899,695 | | 11/14/2022 | $649.18 | 901,254 |
| | 12/12/2022 | $659.90 | 902,806 | | 01/09/2023 | $658.56 | 904,303 |
| | 02/13/2023 | $658.56 | 905,845 | | 03/13/2023 | $658.56 | 907,450 |
| | 04/17/2023 | $658.56 | 909,072 | | 05/15/2023 | $697.42 | 910,637 |
| | 06/12/2023 | $649.27 | 912,128 | | 07/17/2023 | $649.27 | 913,641 |
| | 08/14/2023 | $649.26 | 915,147 | | 09/18/2023 | $649.27 | 916,652 |
| | 10/16/2023 | $649.26 | 918,121 | | 11/13/2023 | $638.85 | 919,563 |
| | 12/11/2023 | $638.85 | 920,960 | | | | |

**Chapter 13 Case # 19-32739**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | | | | | | | |
| | 06/15/2020 | $1,480.60 | 849,953 | | 07/20/2020 | $851.80 | 851,699 |
| | 08/17/2020 | $851.80 | 853,587 | | 09/21/2020 | $851.80 | 855,354 |
| | 10/19/2020 | $100.93 | 857,272 | | 11/16/2020 | $851.81 | 859,075 |
| | 12/21/2020 | $6,072.68 | 860,836 | | 02/22/2021 | $3,036.34 | 864,265 |
| | 03/15/2021 | $3,036.34 | 866,250 | | 05/17/2021 | $2,819.93 | 869,770 |
| | 05/17/2021 | $324.38 | 869,770 | | 06/21/2021 | $5,685.60 | 871,528 |
| | 06/21/2021 | $654.02 | 871,528 | | 07/19/2021 | $2,865.66 | 873,391 |
| | 07/19/2021 | $329.64 | 873,391 | | 08/16/2021 | $2,865.67 | 875,079 |
| | 08/16/2021 | $329.64 | 875,079 | | 09/20/2021 | $2,865.66 | 876,801 |
| | 09/20/2021 | $329.64 | 876,801 | | 10/18/2021 | $2,865.67 | 878,598 |
| | 10/18/2021 | $329.64 | 878,598 | | 11/17/2021 | $2,896.15 | 880,307 |
| | 11/17/2021 | $333.15 | 880,307 | | 12/13/2021 | $2,896.15 | 881,964 |
| | 12/13/2021 | $333.15 | 881,964 | | 02/14/2022 | $2,896.15 | 885,271 |
| | 02/14/2022 | $333.15 | 885,271 | | 03/14/2022 | $2,896.15 | 887,010 |
| | 03/14/2022 | $333.15 | 887,010 | | 04/18/2022 | $2,941.88 | 888,664 |
| | 04/18/2022 | $338.41 | 888,664 | | 06/20/2022 | $8,854.62 | 892,092 |
| | 06/20/2022 | $1,018.55 | 892,092 | | 07/18/2022 | $2,941.88 | 893,856 |
| | 07/18/2022 | $338.41 | 893,856 | | 08/15/2022 | $2,941.88 | 895,433 |
| | 08/15/2022 | $338.41 | 895,433 | | 09/19/2022 | $2,941.88 | 897,000 |
| | 09/19/2022 | $338.40 | 897,000 | | 10/17/2022 | $1,884.31 | 898,704 |
| | 10/17/2022 | $216.75 | 898,704 | | 11/14/2022 | $2,880.91 | 900,279 |
| | 11/14/2022 | $331.39 | 900,279 | | 12/12/2022 | $2,928.49 | 901,862 |
| | 12/12/2022 | $336.87 | 901,862 | | 01/09/2023 | $2,922.54 | 903,356 |
| | 01/09/2023 | $336.18 | 903,356 | | 02/13/2023 | $2,922.54 | 904,859 |
| | 02/13/2023 | $336.18 | 904,859 | | 03/13/2023 | $2,922.54 | 906,487 |
| | 03/13/2023 | $336.18 | 906,487 | | 04/17/2023 | $2,922.54 | 908,040 |
| | 04/17/2023 | $336.18 | 908,040 | | 05/15/2023 | $3,094.97 | 909,713 |
| | 05/15/2023 | $356.02 | 909,713 | | 06/12/2023 | $2,881.28 | 911,164 |
| | 06/12/2023 | $331.44 | 911,164 | | 07/17/2023 | $2,881.28 | 912,685 |
| | 07/17/2023 | $331.43 | 912,685 | | 08/14/2023 | $2,881.29 | 914,215 |
| | 08/14/2023 | $331.44 | 914,215 | | 09/18/2023 | $2,881.28 | 915,695 |
| | 09/18/2023 | $331.43 | 915,695 | | 10/16/2023 | $2,881.29 | 917,217 |
| | 10/16/2023 | $331.44 | 917,217 | | 11/13/2023 | $2,835.06 | 918,643 |
| | 11/13/2023 | $326.12 | 918,643 | | 12/11/2023 | $2,835.06 | 920,079 |
| | 12/11/2023 | $326.12 | 920,079 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 10,538.34 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,500.00 | 100.00% | 2,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | WELLS FARGO BANK NA | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | PNC BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 31,533.60 | 100.00% | 25,846.22 | 5,687.38 |
| 0003 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 139,938.73 | 100.00% | 114,699.48 | 25,239.25 |
| 0004 | PINNACLE SERVICE SOLUTIONS LLC | UNSECURED | 4,831.97 | 100.00% | 0.00 | 4,831.97 |
| 0005 | CACH LLC | SECURED | 12,567.39 | 100.00% | 10,171.48 | 2,395.91 |
| 0006 | SELECT PORTFOLIO SERVICING INC | (NEW) MTG Agree | 14,126.30 | 100.00% | 11,223.03 | 2,903.27 |

**Total Paid: $174,978.55**
See Summary

**Chapter 13 Case # 19-32739**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $174,624.71        -     Paid to Claims: $161,940.21     -     Admin Costs Paid: $13,038.34  =    Funds on Hand: $4,069.16

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.